389 A.2d 689

## Kieffer v. Kieffer, Appellant.

624

Submitted June 13, 1977. Dennis J. Monaghan, and Barrett and Monaghan, for appellant; Alfred P. Antonelli, and Antonelli & Heffner, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.